## 54481. HARTFORD INSURANCE COMPANY et al. v. DICKERSON.

SMITH, Judge.

The change of condition award by the board of workmen's compensation is supported by evidence in the record. Hence, the superior court correctly affirmed that award.

*Judgment affirmed. Bell, C. J., and McMurray, J., concur.*

ARGUED SEPTEMBER 21, 1977 — DECIDED OCTOBER 13, 1977.

*Karsman & Brooks, Timothy F. Callaway, III, Stanley Karsman,* for appellants.

*Stanley E. Harris, Jr., Charles L. Sparksman,* for appellee.